UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SPECTRUM DIVERSIFIED DESIGNS, LLC, | ) ) | Case No.: 1:16 CV 1851 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | |
| ARGENTO SC BY SICURA INC., | ) ) | ORDER |
| Defendant | ) | |

This court has been advised by counsel at the December 15, 2016 status conference, that this action has settled and that the parties will be submitting a dismissal entry to the court. Therefore it is not necessary that the action remain upon the calendar of the court. The parties must submit a dismissal entry to the court by February 15, 2017.

IT IS ORDERED that this action is hereby closed. The court retains jurisdiction to vacate this Order to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

January 31, 2017